**Marie C. MAPLES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3132.

United States Court of Appeals, Federal Circuit.

July 10, 2009.

Marie C. Maples, Odenville, AL, pro se.

---

ORDER

The order of dismissal and the mandate having been issued in error,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's July 2, 2009 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Respondent's brief is due on or before August 3, 2009.